IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3177 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HENRY SUTTON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The pretrial services officer shall investigate the defendant's proposal for release conditions (filing no. 22) and make a report to the court and counsel as soon as practicable.

DATED this 20th day of January, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge