IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3177 |
| ) | |
| v. ) | |
| ) | |
| JOHN HENRY SUTTON, ) | MEMORANDUM AND ORDER |
| ) | |
| Defendant. ) | |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing no. 43.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of the petition are true.

Regarding disposition, the government requested detention. Defendant had no alternative plan for release, so did not contest detention.  I find that detention is appropriate under the circumstances.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing no. 36, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order of the court.

Dated March 3, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge