IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN HENRY SUTTON,<br><br>        Defendant. | **4:08CR3177**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion of attorney James E. Reisinger to withdraw as counsel of record for defendant John Henry Sutton, (filing no. 223), is granted.

2) Defendant's newly retained counsel, Kirk Naylor, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Mr. Reisinger from any future ECF notifications herein.

4) Defendant's hearing remains set for **July 26, 2012 at 4:30 p.m.** before the undersigned magistrate judge in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

5) The defendant, his retained counsel, and counsel for the government shall appear at the hearing.

July 25, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge