IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOHN HENRY SUTTON,<br><br>　　　　　　Defendants. | 4:08CR3177<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion, (filing no. 248), is hereby granted.

2) The custody of John Henry Sutton shall be temporarily transferred by 9:30 a.m. on February 7, 2013, to staff at the Federal Public Defenders Office for the purpose of transporting the defendant to a screening interview for residential substance abuse treatment at Williams Prepared Place, Omaha, Nebraska.

3) The Defendant is not permitted to travel to any location other than Williams Prepared Place, and will be returned to the U.S. Marshal's Office immediately following the interview.

January 31, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge